**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6365**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

WILLIAM TERRENCE CROSS,

                    Defendant - Appellant.

_____

**No. 12-6372**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

WILLIAM TERRENCE CROSS,

                    Defendant - Appellant.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:03-cr-00010-RBS-1)

_____

Submitted:  June 14, 2012               Decided:  June 19, 2012

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

―――――――――

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion and motion for reconsideration under Fed. R. Crim. P. 35(a). We have reviewed the record and find no reversible error. We affirm the denial of 18 U.S.C. § 3582(c)(2) relief for the reasons stated by the district court. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. Jan. 19, 2010). Because the district court lacked the authority to consider Cross's motion for reconsideration, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED